```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION
```

```
MICHELE BINGHAM                   §
                                  §
V.                                §   ACTION NO.4:08-CV-321-Y
                                  §
MICHAEL J. ASTRUE, COMMISSIONER   §
OF SOCIAL SECURITY                §
```

### ORDER ADOPTING MAGISTRATE JUDGE'S
### FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On May 1, 2009, the United States magistrate judge issued his findings, conclusions, and recommendation in this case ("the findings"). In the findings, the magistrate judge recommended that the decision of the Commissioner of the Social Security Administration of the United States ("the commissioner") denying Plaintiff's claims for disability insurance benefits be affirmed. Plaintiff filed objections to the findings, but requested that the magistrate judge reconsider. This Court referred the reconsideration request to the magistrate judge and denied the objections as premature. On May 27, the magistrate judge denied Plaintiff's reconsideration request after considering Plaintiff's arguments. The magistrate judge's order gave all parties until June 17 to serve and file with the Court written objections to his proposed findings.

Plaintiff filed her objections, asking this Court to reject the findings of the magistrate judge and remand the case to the commissioner to correct errors of law. The commissioner did not file a response.

After reviewing the findings, record, case law, and Plaintiff's objections, the Court ADOPTS the magistrate judge's findings and

conclusions as the findings and conclusions of this Court for the reasons stated therein.  Thus, this Court AFFIRMS the commissioner's decision.

    SIGNED June 30, 2009.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE